AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK, BROOKLYN__

UNITED STATES OF AMERICA

V.

67 STUYVESANT AVENUE et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 05-CV-47

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 2 3 2008 ★
BROOKLYN OFFICE

✔ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

      **Based on the jury's verdict rendered on September 19, 2008, the real property 777 Greene Avenue, Brooklyn, New York, and 115 Lyric Circle, Brodheadsville, Pennsylvania is hereby adjudged forfeited to the United States of America.**

September 19, 2008
Date

ROBERT C. HEINEMANN
Clerk

_(signature)_
(By) Deputy Clerk